# EXHIBIT A

Job Summary                                                                                    Page 1 of 1

New Window | Help

## Job Summary

Gordon,Philip                    Employee                    EmplID: 0108934

### Job Information

Customize | Find | View All | First 1-

General | Job Information | Work Location | **Compensation**

| Eff Date | Sequence | Annual Rt | Monthly Rt | Daily Rt | Hrly Rate | Currency | Change Percent | C |
|---|---|---|---|---|---|---|---|---|
| 04/10/2007 | 0 | $65,332.800 | $5,444.400 | $251.280 | $27.920000 | USD | 0.000 | C |
| 04/01/2007 | 0 | $65,332.800 | $5,444.400 | $251.280 | $27.920000 | USD | 1.935 | C |
| 03/11/2007 | 0 | $64,092.600 | $5,341.050 | $246.510 | $27.390000 | USD | 0.000 | C |
| 12/17/2006 | 0 | $62,220.600 | $5,185.050 | $239.310 | $26.590000 | USD | 0.000 | C |
| 07/09/2006 | 0 | $62,220.600 | $5,185.050 | $239.310 | $26.590000 | USD | 0.000 | C |
| 04/02/2006 | 0 | $59,810.400 | $4,984.200 | $230.040 | $25.560000 | USD | 5.012 | C |
| 04/03/2005 | 0 | $56,955.600 | $4,746.300 | $219.060 | $24.340000 | USD | 0.000 | C |



Return to Search   Notify