IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILIP GORDON,

    **Plaintiff**

vs.                                                    CASE NO.:

CVS PHARMACY, INC.,

    **Defendant**

_____/

**NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF
REMOVAL TO FEDERAL COURT**

Pursuant to 28 U.S.C. § 1446(d), this Notice is and shall serve as the written notice to all adverse parties that Defendant CVS Pharmacy, Inc. ("Defendant" or "CVS"), filed this day a Notice of Removal to Federal Court of the above-captioned action from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida. Attached to and included with this Notice are:

1.     CVS's Notice of Removal to Federal Court, as filed with the United States District Court for the Middle District of Florida, Tampa Division, which includes a copy of all process, pleadings, and orders served upon CVS in this action (Attachment 1);

2.     The Civil Action Cover Sheet filed with the United States District Court for the Middle District of Florida (Attachment 2); and

3.     CVS's Notice to State Court of Removal to Federal Court (Attachment 3).

    Respectfully submitted this 8th day of June 2007.

*Helen A. Palladeno*
Helen A. Palladeno
Florida Bar No.: 186831
Ignacio J. Garcia
Florida Bar No.: 423440
OGLETREE, DEAKINS, NASH, SMOAK &
  STEWART, P.C.1
100 N. Tampa Street, Suite 3600
Tampa, Florida 33602
(813) 289-1247 (Telephone)
(813) 289-6530 (Facsimile)
Email: helen.palladeno@ogletreedeakins.com
Email: ignacio.garcia@ogletreedeakins.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above and foregoing **NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT** on all parties by depositing the same in the United States first-class mail, postage prepaid, and addressed as follows:

David S. Shankman
SHANKMAN, LEONE & WESTERMAN, P.A.
215 W. Verne Street, Suite A
Tampa, Florida 33606

This 8th day of June, 2007.

*Helen A. Palladeno*
Helen A. Palladeno, Esq.

5002615.1