IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PHILIP GORDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 8:07-cv-989-SDM-EAJ |
| | ) |
| CVS PHARMACY, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

DEFENDANT CVS PHARMACY, INC., hereby identifies its parent corporation and any publicly held corporation that owns 10% or more of its stock to be:

CVS Caremark Corporation.

**DATED** 15th day of June 2007.

s/ Ignacio J. Garcia

Helen A. Palladeno
Florida Bar No. 186831
SPN No.: 02427250
Ignacio J. Garcia
Florida Bar No. 423440
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.I.
100 North Tampa Street
Suite 3600
Tampa, Florida 33602
Tel: 813-289-1247
Fax: 813-289-6530
Email: helen.palladeno@ogletreedeakins.com
Email: ignacio.garcia@ogletreedeakins.com

                                              Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2007, I have electronically filed the above and foregoing **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

                      David S. Shankman
          SHANKMAN, LEONE & WESTERMAN, P.A.
               215 W. Verne Street, Suite A
                  Tampa, Florida 33606
                 dshankman@slw-law.com

                                          **s/ Ignacio J. Garcia**

                                          Ignacio J. Garcia