IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PHILIP GORDON, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CIVIL ACTION NO.:8:07-cv-989-SDM-EAJ ) |
| CVS PHARMACY, INC., | ) ) |
| Defendant. | ) ) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

The undersigned local counsel for Defendant CVS Pharmacy, Inc. respectfully moves the Court for the admission, pro hac vice, of attorney Sandra K. Park of Ashe, Rafuse & Hill, LLP located at 1355 Peachtree Street N.E., Suite 500, Atlanta, GA 30309 as counsel for Defendant in this matter. A completed Special Admission Attorney Certification, Certificate of Good Standing, and the required admission fee are attached.

In support of this Motion, Ms. Palladeno presents the following:

1. Ms. Park is a member in good standing of the Georgia Bar and is admitted to practice in the following courts:

    a.    United States Court of Appeals, Eleventh Circuit;

    b.    United States Court of Appeals, Fourth Circuit;

    c.    United States District Court, Northern District of Georgia;

    d.    United States District Court, Middle District of Georgia.

    e.    Georgia Court of Appeals

   f.  Georgia Supreme Court

Attached hereto as Exhibit "A" is a Certificate of Good Standing from the Clerk of the United States District Court for the Northern District of Georgia.

   2.  Ms. Park has not been disciplined in any manner in any jurisdiction in the preceding 5 years.

   3.  With regards to the date on which the legal representation at issue commenced, and the party or parties represented, Ms. Park began advising Defendants on the matters at issue in this case on or about June 1, 2007.

   4.  The Florida Bar member associated for purposes of the representation is:

Helen A. Palladeno, Esq.
Florida Bar No. 186831 (active, in good standing)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530

   5.  A certificate indicating service of the verified motion upon all counsel of record in the matter in which leave to appear *pro hac vice* is sought appears below.

   6.  A verification by the attorney seeking to appear pursuant to this rule is attached as Exhibit "B."

7.  The signature of the Florida Bar member associated for purposes of the representation appears below.

Dated this 20th day of June, 2007.

Respectfully submitted,

_s/ Helen A. Palladeno_
Helen A. Palladeno
Florida Bar No. 186831
SPN No.: 02427250
Ignacio J. Garcia, Esquire
Florida Bar No. 423440
Ogletree Deakins Nash Smoak & Stewart P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
Email: helen.palladeno@ogletreedeakins.com
Email: ignacio.garcia@ogletreedeakins.com

Counsel for Defendant CVS Pharmacy, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 20th, 2007, I electronically filed the foregoing Verified Motion for Admission Pro Hac Vice with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

David S. Shankman
SHANKMAN, LEONE & WESTERMAN, P.A.
215 W. Verne Street, Suite A
Tampa, Florica 33606

*s/ Helen A. Palladeno*
Attorney for Defendant