# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **SANDRA KIM, State Bar No. 418797,** was duly admitted to practice in said Court on November 18, 2002, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 30th day of May, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Green
Deputy Clerk

