# EXHIBIT B

## VERIFICATION

I verify that the information contained in this Verified Motion for Admission Pro Hac Vice is true and accurate.

By: *[signature]*
Sandra K. Park, Esquire
Ashe, Rafuse & Hill, LLP
E-mail: sandrapark@asherafuse.com
1355 Peachtree Street, NE
Suite 500
Atlanta, Georgia 30309-3232
Telephone: (404) 253-6000
Facsimile: (404) 253-6060

STATE OF GEORGIA

COUNTY OF DeKalb

SWORN TO AND SUBSCRIBED BEFORE ME, this 18 day of June, 2007.

*[signature]*
NOTARY PUBLIC
My Commission Expires:

*[Notary seal: Christine A. Jorell, Notary Public, DeKalb County, Georgia, Commission Expires August 29, 2009]*