# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**                    }
                                                } ss.
**NORTHERN DISTRICT OF GEORGIA**                }


        I, James N. Hatten, Clerk of the United States District Court for the Northern District

of Georgia,

        **DO HEREBY CERTIFY** that **NANCY E. RAFUSE , State Bar No. 621717,** was duly

admitted to practice in said Court on September 3, 1991, and is in good standing as a member of

the bar of said Court.

        Dated at Atlanta, Georgia, this 30th  day of May, 2007.


                    JAMES N. HATTEN
                    CLERK OF COURT




              By: _Jamee Green_
                       Jamee Green
                       Deputy Clerk