# EXHIBIT B

# VERIFICATION

I verify that the information contained in this Verified Motion for Admission Pro Hac Vice is true and accurate.

By: *(signature)*
Nancy E. Rafuse, Esquire
E-mail: nancyrafuse@asherafuse.com
Ashe, Rafuse & Hill, LLP
1355 Peachtree Street, NE
Suite 500
Atlanta, Georgia 30309-3232
Telephone: (404) 253-6000
Facsimile: (404) 253-6060

STATE OF GEORGIA

COUNTY OF _Dekalb_

SWORN TO AND SUBSCRIBED BEFORE ME, this _18_ day of June, 2007.

_(signature)_
NOTARY PUBLIC
My Commission Expires:

*(Notary seal: CHRISTINE A. CORRELL, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES AUGUST 29, 2009)*