IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PHILIP GORDON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.:8:07-cv-989-SDM-EAJ |
| CVS PHARMACY, INC., | ) |
| Defendant. | ) |

### ORDER ADMITTING COUNSEL PRO HAC VICE

THIS CAUSE has been considered upon Defendant CVS Pharmacy, Inc.'s Verified Motion for Admission Pro Hac Vice of Nancy E. Rafuse, Esq., and the Court has found good cause.

IT IS THEREFORE ORDERED that Defendant's Verified Motion for Admission Pro Hac Vice be granted. Nancy E. Rafuse, Esq. is therefore permitted to practice *pro hac vice* before this Court for the purpose of representing Defendant CVS Pharmacy, Inc. in the action.

DONE this _____ day of _____, 2007, in Chambers at Tampa, Florida.

_____
United States Magistrate Judge
The Honorable Elizabeth A. Jenkins

5021394.1