**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PHILIP GORDON,**

    **Plaintiff,**

**v.**                                                                                  **Case No.: 8:07-CV-989-T-23EAJ**

**CVS PHARMACY, INC.,**

    **Defendant.**
_____/

**ORDER**

This cause comes before the court on Defendant's **Verified Motions for Admission Pro Hac Vice** (Dkts. 7, 8), filed June 20, 2007. Defendant requests that this court permit Sandra K. Park and Nancy E. Rafuse of the law firm Ashe, Rafuse & Hill, LLP, to appear pro hac vice, with Helen A. Palladeno, Esq. designated as local counsel pursuant to Local Rule 2.02(a), M.D. Fla. Defendant asserts that Ms. Park and Ms. Rafuse have complied with the fee requirement of Local Rule 2.01(d), M.D. Fla., and that they are familiar with the Local Rules of this court.

Upon consideration, it is **ORDERED AND ADJUDGED** that Defendant's **Verified Motions for Admission Pro Hac Vice** (Dkts. 7, 8) are **GRANTED**, subject to the requirement that Ms. Park and Ms. Rafuse shall comply with the email registration requirements of Local Rule 2.01(d), M.D. Fla., within ten (10) days of the date of this order.[1]

---

[1] Pursuant to the Local Rules for the Middle District of Florida, counsel are directed to participate in electronic filing, and as such, must each register for CM/ECF and obtain a password within ten (10) days of the date of this order. Counsel may obtain passwords from the court by accessing the court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. Once counsel have registered for CM/ECF, they must also register an email address.

**DONE AND ORDERED** in Tampa, Florida this 27th day of June, 2007.

ELIZABETH A JENKINS
United States Magistrate Judge