IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILIP GORDON,

      Plaintiff,

vs.                                    CASE NO: 8:07-CV-989-SDM-EAJ

CVS PHARMACY, INC.,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

The parties, pursuant to Rule 3.08(a), Federal Rules of Civil Procedure, by and through their undersigned counsel, hereby notify this Court that the parties have reached a settlement in the above-styled matter, and request that this Court administratively close this file pursuant to Rule 3.08(b) and provide the parties sixty (60) days to complete the settlement.

SHANKMAN, LEONE & WESTERMAN, P.A.

By:   /s/ David S. Shankman
David S. Shankman
Florida Bar No. 0940186
215 W. Verne Street, Suite A
Tampa, Florida 33606
(813) 258-1099 – Telephone
(813) 258-1040 - Facsimile
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following Nancy E. Rafuse, Esq., Ashe, Rafuse & Hill, LLP, 1355 Peachtree Street NE, Suite 500, Atlanta, Georgia 30309-3232, Helen A. Palladeno, Esq., and Ignacio J. Garcia, Esq., Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 100 N. Tampa Street, Suite 3600, Tampa, Florida 33602, this 14th day of September, 2007.

/s/ David S. Shankman
Attorney