UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILIP GORDON,

     Plaintiff,

v.                                                                    CASE NO: 8:07-cv-989-T-23EAJ

CVS PHARMACY, INC.,

     Defendant.

_____/

## ORDER

     The court is advised (Doc. 13) of settlement in this case.  Accordingly, pursuant to

Local Rule  3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of

any party within sixty days from the date of this order to (1) submit a stipulated form of

final order or judgment or (2) re-open the action upon a showing of good cause.  The

Clerk is directed to terminate any pending motion and close the case.

     ORDERED in Tampa, Florida, on September 18, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE