## IN THE UNITED STATES DISTRICT COURT
## FOR MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| PHILIP GORDON, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CIVIL ACTION NO.:8:07-cv-989-SDM-EAJ ) |
| CVS PHARMACY, INC., | ) ) |
| Defendant. | ) ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Philip Gordon ("Plaintiff") and Defendant CVS Pharmacy, Inc. ("Defendant" or "CVS"), by and through their undersigned counsel of record, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal <u>with prejudice</u> of any and all claims asserted by Plaintiff against CVS. Each party will bear his or its respective fees, expenses and costs.

SO ORDERED, this ___ day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE
STEVEN D. MERRYDAY

On this 19th day of September, 2007, AGREED TO BY:

| /s/ David S. Shankman | /s/ Ignacio J. Garcia |
|---|---|
| David S. Shankman | Ignacio J. Garcia |
| Florida Bar No. 0940186 | Florida Bar No. 423440 |
| Shankman, Leone & Westerman, P.A. | Ogleetree Deakins Nash Smoak & Stewart |
| 215 W. Verne Street, Suite A | 100 North Tampa Street; Suite 3600 |
| Tampa, Florida 33606 | Tampa, Florida  33603 |
| Telephone: (813) 258-1099 | Telephone: (813) 289-1247 |
| Facsimile: (813) 258-1040 | Facsimile: (813) 289-6530 |
| dshankman@slw-law.com | ignacio.garcia@ogletreedeakins.com |
| Attorney for Plaintiff | |

|  | Nancy E. Rafuse<br>Georgia Bar No. 621717(admitted *pro hac vice*)<br>Ashe, Rafuse & Hill, LLP<br>1355 Peachtree Street, N.E., Suite 500<br>Atlanta, Georgia 30309<br>Telephone: (404) 253-6000<br>Facsimile: (404) 253-6060<br>nancyrafuse@asherafuse.com<br>Attorneys for Defendant |
|---|---|

1178-0009.49